■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELLIS REEDER, Appellant. [748 NYS2d 275] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Chambers, J.), rendered July 15, 1999, convicting him of criminal possession of a weapon in the second degree and criminal possession of a weapon in the third degree, upon a jury verdict, and sentencing him to concurrent determinate terms of 15 years imprisonment for criminal possession of a weapon in the second degree and seven years imprisonment for criminal possession of a weapon in the third degree.

Ordered that the judgment is modified, as a matter of discretion in the interest of justice, by vacating the sentence imposed thereon; as so modified, the judgment is affirmed, and the matter is remitted to the Supreme Court, Kings County, for resentencing by a different justice.

Contrary to the defendant's contention, the Supreme Court's *Sandoval* ruling was a provident exercise of discretion (*see People v Walker,* 83 NY2d 455; *People v Sandoval,* 34 NY2d 371; *People v Cruz,* 176 AD2d 751).

However, we remit the matter to the Supreme Court, Kings County, for resentencing before a different justice. The sentencing court's remarks demonstrated that it improperly considered crimes of which the defendant was acquitted as a basis for sentencing (*see People v Innis,* 288 AD2d 236; *People v Santiago,* 277 AD2d 258). Feuerstein, J.P., Smith, Goldstein and Luciano, JJ., concur.